IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERIC ELDON MAY, § | | |
| Plaintiff, § | | |
| § | | |
| VS. § | | CIVIL ACTION NO. B-17-010 |
| § | | |
| PLASTIC WORKERS UNION § | | |
| LOCAL 18 (FRANK OLVERA), § | | |
| Defendant. § | | |

# ORDER

On June 2, 2017, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 24]. Plaintiff has objected [Doc. No. 27] to said Report and Recommendation.

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Plaintiff's objections, the Court hereby adopts the Magistrate Judge's Report and Recommendation with the exception of footnote 3. Therefore, the Motion to Dismiss filed by Plastic Workers Union, Local 18 (Frank Olvera)—which was converted into a motion for summary judgment—is granted [Doc. No. 5]. Defendant's motion for summary judgment is granted.

Signed this 28th day of June, 2017.

Andrew S. Hanen
United States District Judge